FILED
Apr 21 2021
3:52 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ emilybl    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '21 CR1232 CAB |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASE** |
| RAFAEL GOMEZ-ANDERSON, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States of America v. Rafael Gomez-Anderson</u>, Case No. 20CR2654-CAB, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

__X__ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

_____ (2) Prosecution against different defendants arises from:

    _____ (a) A common wiretap

    _____ (b) A common search warrant

    _____ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: April 21, 2021.

RANDY S. GROSSMAN
Acting United States Attorney